IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN KAY BUCKLEY,** | : | Civil No. 1:19-cv-794-SHR |
| **Plaintiff,** | : | |
| v. | : | |
| **UNIVERSAL SEWING SUPPLY, INC.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that:

(1) The court **DENIES WITHOUT PREJUDICE** the motion to dismiss for lack of personal jurisdiction and improper venue (doc 9), alternatively seeking transfer of the case to the Eastern District of Missouri, filed by Defendant Universal Sewing Supply, Inc. ("Defendant").

(2) The court further **GRANTS** Plaintiff Karen Kay Buckley ("Plaintiff") limited jurisdictional discovery. The scope of that limited jurisdictional discovery is as follows:

   a. Plaintiff has sixty days, from entry of this order, to conduct jurisdictional discovery.

   b. Plaintiff may submit fifteen interrogatories, ten requests for production, and ten requests for admission to Defendant.

c. Plaintiff may depose Defendant's affiant for up to two hours per witness.

d. The subject-matter of discovery can only be facts supporting Plaintiff's two specific personal jurisdiction theories accepted as facially non-frivolous by the court in the accompanying memorandum.

e. Plaintiff is prohibited from seeking discovery for the purpose of supporting the merits of its case. But the fact that jurisdictional discovery may overlap with the merits of the case is an insufficient basis for the Defendant to object to discovery requests.

f. Should the parties have a discovery dispute, they should schedule a conference call with the court instead of briefing the matter, so that the issue may be efficiently resolved.

(3) The court also orders that all other deadlines in this case are **STAYED** until the court or the parties resolve the personal jurisdiction and venue matters following jurisdictional discovery.

> */s/ Sylva H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Dated: October 17, 2019