IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN KAY BUCKLEY,** | : | **Civil No. 1:19-cv-794** |
| **Plaintiff,** | : | |
| v. | : | |
| **UNIVERSAL SEWING SUPPLY, INC.** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

Before the court is the Motion for Leave to File Amended Complaint (Doc. 18) filed by Plaintiff Karen Kay Buckley. For the reasons outlined in the accompanying memorandum, the court shall **GRANT** the motion. The court therefore **ORDERS** the clerk of court to docket Plaintiff's amended complaint (Doc. 19-1) as a separate entry, categorizing it as Plaintiff's amended complaint. Going forward, the amended complaint shall be treated as Plaintiff's live complaint.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: January 29, 2020