IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN KAY BUCKLEY,** | : | Civil No. 1:19-CV-794 |
| **Plaintiff,** | : | |
| v. | : | |
| **UNIVERSAL SEWING SUPPLY, INC.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and to Dismiss Plaintiff's Complaint and/or Motion to Transfer Venue under 28 U.S.C. § 1404. (Doc. 38.) For the reasons outlined in the accompanying memorandum, the motion is hereby **DENIED WITH PREJUDICE**. Having resolved this motion, the stays are hereby **LIFTED** and the parties are **ORDERED** to submit a new joint proposed case management order **WITHIN FOURTEEN DAYS**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: December 9, 2020